IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ZELLA MILBURN, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number CIV-04-0459-C |
| | ) |
| LIFE INVESTORS INSURANCE COMPANY OF AMERICA, a foreign corporation, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Tenth Circuit's decision on appeal, judgment is entered in favor of Defendant Life Investors Insurance Company of America on Plaintiff's claim for breach of the duty of good faith and fair dealing.

DATED this 14th day of February, 2008.

_____
ROBIN J. CAUTHRON
United States District Judge